Lauren B. Emerson
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
emerson@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Party City Holdings Inc., and Party City Corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>Sophie (Loghman) Kaufman,<br><br>*Defendant*. | Civil Action No:<br>2:24-cv-09635-JKS-LDW |

## **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiffs Party City Holdings Inc. and Party City Corporation, by and through their attorneys, hereby give notice that the above action is voluntarily dismissed against Defendant Sophie (Loghman) Kaufman ("Defendant"). Defendant has not yet filed a responsive pleading to Plaintiff's complaint or otherwise made an appearance in this case; thus, dismissal under F.R.C.P. 41(a)(1)(A)(i) is appropriate.

Dated:  November 7, 2024         Respectfully submitted,

_____
Lauren B. Emerson
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
emerson@leasonellis.com
lelitdocketing@leasonellis.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On November 7, 2024, a true and correct copy of the foregoing Notice of Voluntary Dismissal was served via electronic mail upon counsel for non-appearing Defendant Sophie (Loghman) Kaufman as follows:

Michael Kaufman
Kaufman Law, P.C.
mk@kaufmanlawfirm.com

_____
Lauren B. Emerson